IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SUSAN SINGLETON                                                                           PLAINTIFF

vs.                                    Case No. 6:13-cv-06037

DONALD MARTIN, *et al*                                                                DEFENDANTS

## ORDER

**BEFORE** the Court is the Defendants' Motion to Compel.  ECF No. 26.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), United States District Judge Robert T. Dawson referred this Motion to the undersigned for decision.  On February 7, 2014, the parties appeared at a Settlement Conference and this case was settled.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Compel (ECF No. 26) should be **DENIED AS MOOT** as set forth above.

**DATED** this **3rd day of March, 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE