```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

SUSAN SINGLETON                                          PLAINTIFF

    v.                   No. 6:13-CV-6037-RTD

DONALD MARTIN, Individually and in
His Official Capacity as Executive Director of
OUACHITA REGIONAL COUNSELING
AND MENTAL HEALTH CENTER, INC.
d/b/a COMMUNITY COUNSELING
SERVICES, INC.; and OUACHITA REGIONAL
COUNSELING AND MENTAL HEALTH
CENTER d/b/a COMMUNITY COUNSELING
SERVICES, INC.                                          DEFENDANTS

## ORDER

Now on this 14th day of March, 2014, comes on for consideration the Plaintiff's Motion to Dismiss with Prejudice (doc. 30).

IT APPEARING to the Court that the parties have fully resolved the instant matter, it is ORDERED that the case be dismissed with prejudice. Each party shall bear its own fees and costs, except as provided by the settlement agreement between the parties.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge